THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00078-MR-DLH

| | |
|---|---|
| BLUE RIDGE PODIATRY ASSOCIATES, P.A., a North Carolina corporation, individually and as the representative of a class of similarly-situated persons, ) ) ) ) ) ) ) Plaintiff, ) ) vs. ) ) ) ANNEXMED BILLING SERVICES ) INC., a New York corporation, and ) JOHN DOES 1-10, ) ) Defendants. ) _____ ) | O R D E R |

**THIS MATTER** is before the Court on the Plaintiff's "Placeholder" Motion for Class Certification and Request for Status Conference [Doc. 2].

The Local Rules of this Court require all motions, with some limited exceptions, to be supported by a contemporaneously filed brief. See LCvR 7.1(C). As the Plaintiff's motion for class certification is not supported by a contemporaneously filed brief, the motion will be denied without prejudice. The Plaintiff may refile its brief upon the completion of Rule 23 discovery.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's "Placeholder" Motion for Class Certification and Request for Status Conference [Doc. 2] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: March 29, 2017

Martin Reidinger
United States District Judge