# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Blue Ridge Podiatry Associates, P.A., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:17-cv-00078-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Annexmed Billing Services, Inc. et al | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 7, 2017 Order.

July 7, 2017

_____
Frank G. Johns, Clerk
United States District Court